UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA A DICKENS,<br>　　　　　　Plaintiff(s),<br>v.<br>STATE OF WASHINGTON,<br>　　　　　　Defendant(s). | CASE NO. C23-5876-KKE<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Plaintiff's request for additional time for "motion of appeals." Dkt. No. 10. Based on the current posture of the case, the Court will interpret Plaintiff's motion as requesting additional time to oppose the Report and Recommendation dated November 3, 2023 ("R&R"). The Court grants Plaintiff's motion.

On October 17, 2023, Plaintiff filed a complaint alleging various civil rights violations against the "State of Washington Kitsap County Superior Court." Dkt. No. 5. Plaintiff is a pretrial detainee at the Kitsap County Jail. On October 17, 2023, Magistrate Judge Tsuchida entered an order explaining the various deficiencies with the complaint and ordered Plaintiff to show cause why the complaint should not be dismissed by November 1, 2023. Dkt. No. 8. After receiving no response, on November 3, 2023, the court entered an R&R recommending that the complaint be dismissed with prejudice. Dkt. No. 9. The deadline for Plaintiff to oppose the R&R was November 21, 2023. *Id.*

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1

Though Plaintiff had mailed a hand-written response requesting additional time to "file such motions," which was received on November 2, 2023, it was not posted to the docket until November 6, after the court entered its R&R. Dkt. No. 10. On November 15, 2023, Plaintiff filed a second request for additional time to respond to the court's orders. Dkt. No. 11.

In his requests, Plaintiff states that the law library at the jail has been unavailable which has hampered his ability to respond. Dkt. No. 11. Accordingly, in order to ensure Plaintiff has an opportunity to explain why the case should not be dismissed, the Court GRANTS Plaintiff's request for extension of time to file objections to the R&R. Dkt. No. 10.

The Plaintiff shall have until December 27, 2023, to file any objections to the R&R.

Dated this 4th day of December, 2023.

_____
Kymberly K. Evanson
United States District Judge